CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:22–mc–00112–CRC

| | |
|---|---|
| COZY, INC. v. DOREL JUVENILE GROUP, INC. | Date Filed: 11/08/2022 |
| Assigned to: Judge Christopher R. Cooper | Date Terminated: 02/08/2023 |
| Cause: Motion to Quash Subpoenas | Jury Demand: None |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Petitioner**

**COZY, INC.**    represented by    **Taylor T. Lankford**
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
703–499–0246
Fax: (202) 626–3737
Email: tlankford@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**TRAVIS BROWN**    represented by    **Taylor T. Lankford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**DOREL JUVENILE GROUP, INC.**    represented by    **Scott Neal Godes**
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, DC 20006
202–408–6928
Fax: 202–289–1330
Email: scott.godes@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2022 | 1 | MOTION for Extension of Time to Quash or Otherwise Respond to Third–Party Subpoenas to Mr. Travis Brown by COZY, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(zjm) (Entered: 11/08/2022) |
| 11/08/2022 |  | Filing fee received: $ 49, receipt number: 203402. (zjm) (Entered: 11/08/2022) |

| 11/17/2022 | 2 | RESPONSE re 1 MOTION for Extension of Time to MOTION to Quash filed by DOREL JUVENILE GROUP, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Godes, Scott) (Entered: 11/17/2022) |
|---|---|---|
| 11/18/2022 |  | MINUTE ORDER: Plaintiff Cozy Inc.'s 1 Motion for an Extension of Time to Quash or Otherwise Respond to Third–Party Subpoenas to Mr. Travis Brown is hereby granted. The Court takes no position on whether the filing of a motion to quash would violate any prior agreements between the parties. Nor does the Court commit to asserting jurisdiction over any such motion as opposed to transferring it to the District of Massachusetts, which presumably is more familiar with Mr. Brown's relationship to the claims and defenses raised in the underlying litigation. Signed by Judge Christopher R. Cooper on 11/18/2022. (lccrc1) (Entered: 11/18/2022) |
| 11/29/2022 | 3 | Joint MOTION to Quash *Subpoena Directed to Mr. Travis Brown, Esq.* by TRAVIS BROWN, COZY, INC.. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Text of Proposed Order)(Lankford, Taylor) (Entered: 11/29/2022) |
| 11/29/2022 | 4 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by COZY, INC. (Lankford, Taylor) (Entered: 11/29/2022) |
| 12/13/2022 | 5 | RESPONSE re 3 Joint MOTION to Quash *Subpoena Directed to Mr. Travis Brown, Esq. Opposition To The Joint Motion To Quash The Subpoena* filed by DOREL JUVENILE GROUP, INC.. (Attachments: # 1 Certificate of Service Certificate of Service, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C)(Godes, Scott) (Entered: 12/13/2022) |
| 12/13/2022 | 6 | ENTERED IN ERROR.....First MOTION for Disclosure by DOREL JUVENILE GROUP, INC.. (Godes, Scott) Modified on 12/13/2022 will be refiled by counsel (zjm). (Entered: 12/13/2022) |
| 12/13/2022 | 7 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DOREL JUVENILE GROUP, INC. (Godes, Scott) (Entered: 12/13/2022) |
| 12/20/2022 | 8 | REPLY to opposition to motion re 3 MOTION to Quash filed by TRAVIS BROWN, COZY, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lankford, Taylor) Modified on 12/22/2022 to correct docket link/text (zjm). (Entered: 12/20/2022) |
| 02/06/2023 | 9 | MOTION to Transfer Case *to U.S. District Court for the District of Massachusetts* by DOREL JUVENILE GROUP, INC.. (Godes, Scott) (Entered: 02/06/2023) |
| 02/07/2023 |  | MINUTE ORDER granting Defendant's 9 Motion to Transfer Case. It is hereby ORDERED that the Clerk of the Court shall transfer this action to the United States District Court for the District of Massachusetts. Signed by Judge Christopher R. Cooper on 2/7/2023. (lccrc1) (Entered: 02/07/2023) |